# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARMELA VENEZIALE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-4879 |
| QUEST DIAGNOSTICS and | : | |
| LEGAL MEDICAL STAFFING | : | |
| SERVICES, INC. | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *27th August*, 2013, upon consideration of Defendant Quest Diagnostics' ("Quest") Motion for Leave to Amend Its New Matter Crossclaim (Docket No. 21), the Response of Defendant Legal Medical Staffing Services, Inc. ("LMS") (Docket No. 23), Quest's Supplemental Memorandum in Support of Its Motion for Leave to Amend (Docket No. 24), and LMS's Response to Quest's Supplemental Memorandum (Docket No. 25), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.